IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT DOMÍNGUEZ-SCHUGT,
MARIO DOMÍNGUEZ-BURGUETTE,
ROSWITHA DOMÍNGUEZ,
STEPHAN DOMÍNGUEZ,
and SULI DOMÍNGUEZ,

    Plaintiffs,

v.

STATE OF WISCONSIN, COUNTY OF DUNN,
TOWN OF WESTON, BARRETT BRENNER,
ERIC KLEVEN, NICHOLAS P. LANGE,
BRENT D. SKINNER, CINDY WANG,
JENNIFER A. STEINMEYER, JENNY NYHUS,
MEGAN MITTLESTADT, DORIS MEYER,
CALVIN CHRISTIANSON, DENNIS P. SMITH,
JULIE A. WATHKE and BRAD D. SCHIMEL,

    Defendants.

Case No. 18-cv-231-jdp

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motions to dismiss, denying plaintiffs' motion for preliminary injunctive relief and dismissing plaintiffs' state law claims without prejudice to plaintiffs filing them in state court.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered awarding County of Dunn $4,000 under Federal Rule of Civil Procedure 11(c)(4)

against plaintiffs Vincent Domínguez-Schugt, Mario Domínguez-Burguette, Roswitha Domínguez, Stephan Domínguez, and Suli Domínguez.

| | |
|---|---|
| /s/ | 11/12/2019 |
| Peter Oppeneer, Clerk of Court | Date |